UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

```
                                    04CR10279DPW
UNITED STATES OF AMERICA        )
                                )   CRIMINAL ACTION
                                )   Count One:
         v.                     )
                                )   8 U.S.C. §1326(a)
CHARLEW CAMPOS                  )   (Illegal Re-entry of
                                )     Deported Alien)
```

**INDICTMENT**

**COUNT ONE**:  8 U.S.C. § 1326 -- Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about September 2, 2004, at Peabody, in the District of Massachusetts,

**CHARLEW CAMPOS**

defendant herein, being an alien and having been excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a)(1) and (b)(2) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
NADINE PELLEGRINI
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; September 15, 2004.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK

12:10pm.

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**     04CR 10279 DPW     **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** ICE |
| City  Peabody | **Related Case Information:** | |
| County  ESSEX | Superseding Ind./ Inf. _____ Case No. _____ | |
| | Same Defendant _____ New Defendant _____ | |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number _____ | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name   CHARLEW F. CAMPOS                Juvenile:  ☐ Yes   X No

Alias Name   _____

Address   _____

Birthdate: 5/10/70   SS # _____   Sex: M   Race: H   Nationalit BRAZILIAN

**Defense Counsel if known:** _____     Address _____

Bar Number   _____

**U.S. Attorney Information:**

AUSA   NADINE PELLEGRINI           Bar Number if applicable _____

Interpreter:   X Yes   ☐ No     List language and/or dialect:  PORTUGUESE

**Matter to be SEALED:**   ☐ Yes   X No

   X Warrant Requested        ☐ Regular Process       In Custody

**Location Status:**

Arrest Date   _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____     ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   xINDICTMENT

**Total # of Counts:**        ☐ Petty _____     ☐ Misdemeanor _____     X Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

x   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/15/04     Signature of AUSA: *Nadine Pellegrini*

04 CR 10279 DPW

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** _____

### U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 8 U.S.C. 1326(a) | Illegal re-entry by deported alien | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____