UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO. 04-10279-DPW |
| ) | |
| CHARLEW CAMPOS ) | |

### ACCUSED, CHARLEW CAMOS', ASSENTED TO MOTION
### TO CONTINUE SENTENCE DATE

NOW comes the Accused, Charlew Campos, in the above-captioned matter and respectfully requests that this Honorable Court continue the sentence date from January 6, 2005 to January 20, 2005 or some other date convenient to the Court. As grounds therefore the Accused states as follows:

1. The Accused is scheduled for sentencing on January 6, 2005.

2. Counsel for the accused, Eugene Patrick McCann, is scheduled to be out of state with his family from January 1, 2005 through January 7, 2004. As a result, he will not be available for the sentencing hearing presenting scheduling for January 6, 2005.

3. AUSA Nadine Pellegrini has agreed to the rescheduling of the sentence date; and

4. The requested continuance is for good cause, in the interests of justice and will not unduly prejudice the Government or the accused.

WHEREFORE, the Accused respectfully requests this Court grant the Accused's Assented to Motion to Continue the sentence date to January 20, 2005.

Respectfully submitted for
the accused, by his attorney,

/s/ Eugene Patrick McCann
_____
Eugene Patrick McCann, BBO #327400
Manzi and McCann
59 Jackson Street
Lawrence, Massachusetts  01840
Tel. (978) 686-5664

Dated:        December 20, 2004

ASSENTED TO:
UNITED STATES OF AMERICA

/s/ Nadine Pellegrini
_____
AUSA Nadine Pellegrini
Office of the United States Attorney
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

## **CERTIFICATE OF SERVICE**

    I, Eugene Patrick McCann, counsel for Charlew Campos, certify under the pains and penalties of perjury, that I have on this 20th day of January, 2004, served a copy of the foregoing to by electronic filing to AUSA Nadine Pellegrini, Office of the United States Attorney, U.S. Courthouse, Suite 9200, One Courthouse Way, Boston, Massachusetts 02210.

_____
Eugene Patrick McCann