UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                                                    CRIMINAL NO.
                                                           04-10279-DPW

CHARLEW CAMPOS,

## NOTICE TO DEFENDANT OF APPEAL RIGHTS

**WOODLOCK, D.J.**

      Judgment in the above entitled matter was imposed on February 15, 2005. The defendant is hereby notified of the right to Appeal the Judgment within 10 days of Entry of Judgment.

      The defendant and counsel are directed to the provisions of First Circuit Local Rule 12(b), providing that an attorney who has represented a defendant in a criminal case in the District Court will be responsible for representing the defendant on appeal until the attorney is relieved of such duty by the Court of Appeals. Detailed procedures for withdrawal in criminal cases are found in First Circuit Local Rule 46.6.

                                                            **BY THE COURT,**

**February 16, 2005**                                        **/s/ Michelle Rynne**
                                                              **Deputy Clerk**